Filed in U.S. Bankruptcy Court
Newnan, Georgia
M. Regina Thomas, Clerk

JAN 3 0 2017

By: _____
Deputy Clerk

HONORABLE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA "NEWNAN Division"

DONALD G. JONES, ET AL   (DEBTOR)          **"MOTION "**

CASE DOCKET # **B16-12590-WHD**

---

MOTION REQUESTING VACATING OF ORDER OF JANUARY 24, 2017 DENYING DEBTOR MOTION COMPLYING WITH ORDER OF JANURARY 10, 2017 PROVIDE NOTICE OF SERVICE OF THIS MOTION TO CALIBER HOME LOANS, INC. BY 1 19 2017 MOTION FOR STAY AGAINST ANY FURTHER UNLAWFUL EVICTION FROM MY PRIMARY RESIDENCE MEASURES BY CALIBER HOME LOANS, INC. A CREDITOR TRYING TO TAKE JONES MAJOR ASSET MY PRIMARY RESIDENCE-BEGINNING ON XMAS EVE-12-24-2016 & CONTINUING EVEN ATER CHAPTER 13 REFILE ON 12-22-2016

---

**MAY IT PLEASE THIS MOST HON. USNBC JUDGE W. HOMER DRAKE**

**NOW COMES** into this most Hon. USNBC Court Donald G. Jones in my individual capacity filing in our individual capacities this most respectful ***Motion for VACATING OF HON. USBC JUDGE DRAKE's ORDER OF JANUARY 24, 2017*** denying Debtor Jones Motion for an extension of the automated stay.

Debtor Jones has good cause for the granting of this Motion to vacate the order of January 24, 2017 for the following reasons:

1) Debtor Jones was not aware that the Hon. USBC Judge Drake as well as the Hon. Clerk of the USBC goes by the date received and not the date of the Post Mark of the Document prepaid with the U. S. Postal Service.

2) Debtor Jones provided evidence that the Certificate of Service was in the hands of the U. S. Postal Service on January 19, 2017 in Debtor Jones Motion received by the Hon. Clerk of the USBC.

3) Debtor Jones is attaching a copy of the stamps showing the purchase date of January 19, 2017 @ 8:58 p. m. *see Exhibit DGJ/USBC " 1 " attached and hereinafter incorporated into this Motion by reference.*

4) Debtor Jones is filing this Motion in good faith, and without malice, or frivolity, or to delay the proceedings in this matter.

5) This is Debtor Jones primary residence, and the residence of Debtor Jones disabled wife, and granddaughter.

6) Debtor Jones is now aware of the Rules of filing and the provisions of deadlines incorporated by the USBC.

Wherefore Debtor Jones prays that this Motion be granted, and that the Judge's law clerk can call debtor Jones to let him know it has been granted at 504-339-8052.

Respectfully Submitted,

_____
DONALD G. JONES
110 KETTERING TRACE
TYRONE, GA. 30290
504-339-8052
Email-no1mrmoneyjones@aol.com

## CERTIFICATE OF SERVICE

Debtor Jones hereby certifies that a copy of this Motion for a Stay has been served on the below listed entities via prepaid U. S. Mail this 30th **day of January , 2017.**

*[signature]*

DONALD G. JONES


ATTY: JONATHAN ADAMS & MR. ADAM M. GOODMAN-CHAPTER 13 TRUSTEE

260 PEACHTREE ST.-N. W. –SUITE 200

ATLANTA, GA. 30303

678-510-1444


Mrs. Martha Ellis-Senior V.P. & Office of the President of Caliber Home Loans, Inc.

| | |
|---|---|
| Caliber Home Loans, Inc. | Mr. Jim Albertelli, Esq. Albertelli Law |
| 13801 Wireless Way | 100 Galleria Pkwy. Suite 960 |
| Oklahoma City, Ok. 73134 | Atlanta, Ga. 30339 |
| 1-800-570-6768-Office | |

BAKER DONELSON- MRS. TEAH KIRK, Esq.

3414 PEACHTREE RD. N.E.- SUITE 1600

ATLANTA, GA. 30326 ………………………………..Phone number 404-577-6000 and fax-404-221-6501



**IT IS ORDERED**

Date: January

[signature] /s/ Homer Drake
U.S. Bankruptcy Court Judge

| IN THE MATTER OF: | : | CASE NUMBER |
| --- | --- | --- |
| DONALD GERALD JONES, | : | 16-12590-WHD |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

## ORDER

On January 4, 2017, Donald Gerald Jones (hereinafter the "Debtor"), proceeding *pro se*, filed a paper titled "Motion for Stay" in his Chapter 13 case. The Debtor requests that the Court enter a stay against Caliber Home Loans, Inc. The Debtor did not label his motion as one seeking extension of the stay pursuant to § 362(c)(3)(B). However, as this is the Debtor's second Chapter 13 case within a year, the Court concludes that extension of the stay is what the Debtor is seeking. *See U.S. ex rel Simmons v. Zibilich*, 542 F.2d 259,

Exhibit - DGJ/USBC - 12

*Mailed and Return in Prepaid Envelope Thanks!*

HONORABLE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA "NEWNAN Division"

DONALD G. JONES, ET AL    (DEBTOR)       **"MOTION "**

Filed in U.S. Bankruptcy Court
Newnan, GA
M. Regina Thomas, Clerk
JAN 23 2017
By:

CASE DOCKET # B16-12590-WHD Clerk

---

MOTION COMPLYING WITH ORDER OF JANURARY 10, 2017 PROVIDE NOTICE OF SERVICE OF THIS MOTION TO CALIBER HOME LOANS, INC. BY 1 19 2017 MOTION FOR STAY AGAINST ANY FURTHER UNLAWFUL EVICTION FROM MY PRIMARY RESIDENCE MEASURES BY CALIBER HOME LOANS, INC. A CREDITOR TRYING TO TAKE JONES MAJOR ASSET MY PRIMARY RESIDENCE-BEGINNING ON XMAS EVE-12-24-2016 & CONTINUING EVEN ATER CHAPTER 13 REFILE ON 12-22-2016

---

### MAY IT PLEASE THIS MOST HON. USNBC JUDGE W. HOMER DRAKE

**NOW COMES** into this most Hon. USNBC Court Donald G. Jones in my individual capacity filing in our individual capacities this most respectful Motion for a Stay to demand that these creditors cease and desist from any further unlawful Evictions, or collection measures against Jones primary home, to be issued against Caliber Home Loans, Inc. AKA U. S. Bank, N. A. AKA Bank Trust, N. A. Trustee for LSF9 Master Participation Trust Attorney, namely; Jim Albertelli of ALAW, or Mrs. Teah G. Kirk of Baker-Donelson their other attorneys.

Debtor is filing this Motion to comply with order of January 10, 2017 to provide evidence of Service of this motion on Caliber Home Loans, Inc. in the Certificate of Service. Debtor affirms that Debtor has sent to Caliber Home Loans, Inc. on January 19, 2017 via prepaid U. S. mail a copy of this Motion for a Stay against any further violations of Caliber Home Loans, Inc. Et Al of Jones protection under Chapter 13 USBC bankruptcy rules.

My home is located at 110 Kettering Trace-Tyrone, Ga. 30290. My disabled wife and 16 year old granddaughter, as well as our 30 year old son live with me in this residence. Debtor Jones

**IT IS ORDERED as set forth below:**



Date: January 24, 2017

_____

**W. Homer Drake
U.S. Bankruptcy Court Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER |
| | : | |
| DONALD GERALD JONES, | : | 16-12590-WHD |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER

On January 4, 2017, Donald Gerald Jones (hereinafter the "Debtor"), proceeding *pro se*, filed a paper titled "Motion for Stay" in his Chapter 13 case. Upon review of the Debtor's motion, the Court concluded that the Debtor had not properly served the motion. Consequently, on January 10, 2017, the Court entered an order directing the Debtor to serve his motion in compliance with the Federal Rules of Bankruptcy Procedure on or before January 19, 2017. The order also required the Debtor to file a certificate showing

that he had made this service by that date.

The Debtor has not filed a certificate of service as directed by the Court's January 10th Order.  Therefore, for failure to prosecute, it is hereby **ORDERED** that the Debtor's Motion to Extend Stay is **DENIED**.  *See* BLR 7041-1.[1]

The Clerk is **DIRECTED** to serve this Order on the Debtor, Caliber Home Loans, Inc., and the Chapter 13 Trustee.

## END OF DOCUMENT

---

[1] The Court's local rules are available at the following website: http://www.ganb.uscourts.gov/local-rules-and-orders.

2